Antonio Hicks, Cal. Bar No. 195438
antoniohicks@nls-la.org
David Pallack, Cal. Bar No. 90083
dpallack@nls-la.org
Yvonne Mariajimenez, Cal. Bar No. 120012
ymariajimenez@nls-la.org
NEIGHBORHOOD LEGAL SERVICES
  OF LOS ANGELES COUNTY
13327 Van Nuys Boulevard
Pacoima, CA 91331
Telephone: (818) 834-7589
Fax: (818) 896-6647

JS-6

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO VELASCO and ANABEHT VELASCO,<br><br>                    Plaintiffs,<br><br>        vs.<br><br>JPMORGAN CHASE BANK, a New York Corporation; JPMORGAN CHASE CALIFORNIA CORPORATION, a Delaware corporation; QUALITY LOAN SERVICE CORPORATION, a California corporation; and DOES 1-100, inclusive,<br><br>                    Defendants. | **Case No.  CV 11-6464-JFW (RZx)**<br><br>(Hon. John F. Walter)<br><br><br>**ORDER TO DISMISS ACTION WITH PREJUDICE AND RETAIN JURISDICTION TO ENFORCE ONE PROVISION OF CONFIDENTIAL SETTLEMENT AGREEMENT**<br><br><br>*Action filed July 6, 2011* |

Good cause appearing therefor, this action is dismissed with prejudice, but the court

will keep jurisdiction to enforce the following provision of the confidential settlement

agreement: "Chase will not initiate foreclosure or take any unlawful collection activities

against the Velascos as long as the home loan is brought current and remains current."

So ordered.

Date:  December 3, 2012

_____
John F. Walter
United States District Judge

1